**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LOUIS ALFORD,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ALEX VILLANUEVA,<br><br>　　　　　Respondent. | CASE NO. CV 21-7584-AB(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the First Amended Petition is denied and dismissed without prejudice.

DATED: June 07, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE